UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRANDON CHAMBERS #72429-509** | **CIVIL ACTION NO. 25-779 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **K GOLDEY ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), and after review of the objection filed by Petitioner (Doc. 12), and a de novo review of the record, having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 5) is **DENIED** and is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 2nd day of January 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**